IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Roque-Agosto,

Plaintiff,

v.

Physician Correctional, et al.,

Defendants.

CIVIL NO. 20-1325 (MAJ)

## JUDGMENT

Pursuant to the Court's Order of February 14, 2023 (Docket No. 11), the Court hereby enters Judgment, and dismisses without prejudice this case for failure to timely serve process in accordance with Fed. R. Civ. P. 4(m).

This case is now closed for statistical purposes.

In San Juan, Puerto Rico, on this 14th day of February 2023.

S/MARIA ANTONGIORGI-JORDAN
MARIA ANTONGIORGI-JORDAN
UNITED STATES DISTRICT JUDGE